THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN RIVERA, Appellant. (Appeal No. 1.) [654 NYS2d 703] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Perla, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN RIVERA, Appellant. (Appeal No. 2.) [654 NYS2d 701] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Perla, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.